# IN THE SUPREME COURT OF THE STATE OF NEVADA

MICHAEL DOTY,
                              Appellant,
                    vs.
TONYA DUBIN,
                              Respondent.

No. 69189

FILED

JAN 2 8 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____S. Young_____
        DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from an order extending a temporary protective order. Eighth Judicial District Court, Family Court Division, Clark County; Denise L. Gentile, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, it appears that the judgment or order designated in the notice of appeal is not substantively appealable. *See* NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). No statute or court rule provides for an appeal from an order extending a protective order. Accordingly, we conclude that we lack jurisdiction, and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Saitta

_____, J.
Pickering

16-02980

cc: Hon. Denise L. Gentile, District Judge, Family Court Division
Michael Doty
Robinson Law Group
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A